Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendants

KAISTER PERMANENTE INTERNATIONAL,
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER FOUNDATION HOSPITALS, and
THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. SAENZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE INTERNATIONAL, a California Corporation; KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation; KAISER FOUNDATION HOSPITALS, a California Corporation; THE PERMANENTE MEDICAL GROUP, INC., a California Corporation; SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU), an unincorporated association, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: C 09-05562 PJH<br><br>(Removal of Alameda County Superior Court Case No. RG 09478973)<br><br>**DEFENDANTS KAISER PERMANENTE INTERNATIONAL, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, AND THE PERMANENTE MEDICAL GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. Proc. 7.1] |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Kaiser Permanente International, Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and The Permanente Medical Group, submit the following disclosure statement:

1. Kaiser Permanente International is a wholly owned subsidiary of Kaiser Foundation Hospitals.

2. Kaiser Foundation Health Plan, Inc. does not have a parent corporation. Kaiser Foundation Health Plan, Inc. is a non-profit corporation that does not issue stock. Therefore, no publicly held corporation owns 10% or more of Kaiser Foundation Health Plan, Inc.'s stock.

3. Kaiser Foundation Hospitals does not have a parent corporation. Kaiser Foundation Hospitals is a non-profit corporation that does not issue stock. Therefore, no publicly held corporation owns 10% or more of Kaiser Foundation Hospitals' stock.

4. The Permanente Medical Group does not have a parent corporation. No publicly held corporation owns 10% or more of The Permanente Medical Group's stock.

DATED: November 30, 2009.

REED SMITH LLP

By  *[signature]*
Steven J. Boranian
Alison B. Riddell
Attorneys for Defendants
KAISER PERMANENTE INTERNATIONAL, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and THE PERMANENTE MEDICAL GROUP, INC.