Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell1@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Defendants,
KAISER PERMANENTE INTERNATIONAL,
KAISER FOUNDATION HOSPITALS,
KAISER FOUNDATION HEALTH PLAN, INC.,
and THE PERMANENTE MEDICAL GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. SAENZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE INTERNATIONAL, KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU), an unincorporated association, SEIU UNITED HEALTHCARE WORKERS-WEST , an unincorporated association, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 4:09-cv-05562-PJH<br><br><u>CLASS ACTION</u><br><br>**STIPULATED REQUEST TO CHANGE TIME TO ALLOW KAISER DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>**DECLARATION OF STEVEN J. BORANIAN**<br><br>**[~~PROPOSED~~] ORDER** |

Plaintiff Monica M. Saenz ("Plaintiff") and Defendants Kaiser Permanente International, Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc. (the "Kaiser Defendants")(collectively, the "Stipulating Parties") hereby (1) stipulate to extend the time for the Kaiser Defendants to file an Answer or other responsive pleading to January 4, 2010, and (2) stipulate that if the Kaiser Defendants file a Motion *in lieu* of Answer, the hearing on such Motion be noticed for hearing calendared no earlier than February 22, 2010. In support of this stipulation, the Stipulating Parties state:

1. This action originated in the Superior Court of California, County of Alameda.

2. Defendant Kaiser Permanente International ("KPI") was served with a summons and Complaint in this action on October 26, 2009. This initial Complaint did not name any of the other Kaiser Defendants.

3. Subsequently, Plaintiff desired to amend her Complaint to add the other Kaiser Defendants as defendants.

4. Without waiver of any defenses, the other Kaiser Defendants agreed via counsel to accept service of a First Amended Complaint and summons as to all Kaiser Defendants.

5. Counsel for Plaintiff filed a copy of the First Amended Complaint and summons on November 19, 2009. This First Amended Complaint added the other Kaiser Defendants as Defendants.

6. Counsel for Plaintiff mailed a copy of the First Amended Complaint and summons to counsel for the Kaiser Defendants on that same day.

7. On November 23, 2009, a Notice of Removal was filed with this Court by the Kaiser Defendants and co-Defendant Service Employees International Union ("SEIU"). Co-Defendant SEIU United Healthcare Workers – West ("UHW")(collectively, "the Union Defendants") joined in that removal.

8. On November 25, 2009, counsel for the Kaiser Defendants signed Acknowledgements of Service with respect to the First Amended Complaint and summons. This completed service of the First Amended Complaint.

9. Absent stipulation, KPI's time to Answer or otherwise respond would expire on December 1, 2009, five days following removal of this action.

10. Absent stipulation, the other Kaiser Defendants' time to Answer or otherwise respond would expire December 15, 2009, twenty-one days following the completion of service.

11. This action is a putative class action, alleging multiple counts against both the Kaiser Defendants and the Union Defendants. While in Alameda County, Plaintiffs had moved for transfer to the Complex Civil Litigation Division, a motion which no Defendant opposed.

12. In light of the issues involved, the Stipulating Parties agree, pursuant to Local Rule 6-1(a), to extend the time of the Kaiser Defendants to Answer or otherwise respond until January 4, 2010.

13. The Stipulating Parties further stipulate, pursuant to Local Rule 6-1(b), that if the Kaiser Defendants respond to the complaint with a motion, any such responsive motion filed by the Kaiser Defendants will be noticed for hearing no earlier than February ~~22~~ 24, 2010.

Case No. C 09-05562 PJH -2-
STIPULATED REQUEST TO CHANGE TIME, DECLARATION OF STEVEN J. BORANIAN, AND [PROPOSED] ORDER

**IT IS SO STIPULATED.**

DATED: November 30, 2009.                    DATED: November 30, 2009.

MILSTEIN, ADELMAN & KREGER, LLP              REED SMITH LLP

By: /s/ Sara D. Avila                        By: /s/ Steven J. Boranian
   Wayne S. Kreger                               Steven J. Boranian
   Sara D. Avila                                  Alison B. Riddell
   Attorneys for Plaintiff Monica M. Saenz        Attorneys for Defendants Kaiser Permanente
                                                  International, Kaiser Foundation Hospitals,
                                                  Kaiser Foundation Health Plan, Inc., and The
                                                  Permanente Medical Group, Inc.

Case No. C 09-05562 PJH -3-
STIPULATED REQUEST TO CHANGE TIME, DECLARATION OF STEVEN J. BORANIAN, AND
[PROPOSED] ORDER

# DECLARATION OF STEVEN J. BORANIAN

1. I am an attorney in the law firm of Reed Smith, LLP, attorneys of record for Kaiser Permanente International, Kaiser Foundation Hospitals, Kaiser Foundation Health Plan, Inc., and The Permanente Medical Group, Inc. (the "Kaiser Defendants").

2. The Kaiser Defendants request this extension of time to have sufficient time to prepare an appropriate and adequate response to the First Amended Complaint.

3. There have been no previous time modifications in this case.

4. The requested time modification will extend the Kaiser Defendants' time to Answer or otherwise respond to the First Amended Complaint to January 4, 2010. It will further provide that the hearing on any such Motion will be noticed for hearing no earlier than February 22, 2010. The requested extension will not otherwise affect the scheduling of this case.

5. The remaining defendants in this action, Service Employees International Union and SEIU United Healthcare Workers – West, do not oppose this modification of time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: November 30, 2009             .

By: /s/ Steven J. Boranian
    Steven J. Boranian

# ORDER

PURSUANT TO STIPULATION,

1. Plaintiff agrees to extend the time for the Kaiser Defendants to Answer or otherwise respond to Plaintiff's First Amended Complaint until January 4, 2010.

2. The Stipulating Parties further agree that any such responsive motion filed by the Kaiser Defendants will be noticed for a hearing calendared no earlier than February ~~22,~~ 24 2010.

**IT IS SO ORDERED.**

**DATED:** 12/4/09

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton
United States District Judge