Wayne S. Kreger, Esq. (CA Bar No. 154759)
wkreger@maklawyers.com
Sara D. Avila, Esq.   (CA Bar No. 263213)
savila@maklawyers.com
MILSTEIN, ADELMAN & KREGER, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Telephone (310) 396-9600
Facsimile  (310) 396-9634
*Attorneys for Plaintiff Monica Saenz*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. SAENZ, on behalf of herself and all others similarly situated, | Case No.:  4:09-cv-05562-PJH |
| Plaintiff, | CLASS ACTION |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KAISER PERMANENTE, INT'L.** |
| KAISER PERMANENTE INTERNATIONAL, KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, INC., THE PERMANENTE MEDICAL GROUP, INC., SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU), an unincorporated association, SEIU UNITED HEALTHCARE WORKERS-WEST , an unincorporated association, and DOES 1 to 100, inclusive, | |
| Defendants. | |

//

//

//

//

//

//

//

**TO THE COURT, ALL OF THE PARTIES AND THEIR COUNSEL OF RECORD:** Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), Plaintiff Monica Saenz dismisses <u>without</u> prejudice the above-entitled action as to defendant Kaiser Permanente International <u>only</u>.

DATED: December 21, 2009.

MILSTEIN, ADELMAN & KREGER, LLP

By: /s/ Sara D. Avila
Sara D. Avila
Wayne S. Kreger
Attorneys for Plaintiff Monica M. Saenz

# CERTIFICATE OF SERVICE

Service of the above Notice of Dismissal Without Prejudice of Defendant Kaiser Permanente, Int'l. has been made through the Court's ECF system on all those registered to receive ECF service, and on all others, not registered but listed on the Court's Manual Notice List, by regular mail.

Date: December 21, 2009        */s/ Sara D. Avila*
Sara D. Avila, Esq.
MILSTEIN, ADELMAN & KREGER, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Attorney for Plaintiffs