UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONICA M. SAENZ,

        Plaintiff,

    v.

KAISER PERMANENTE INTERNATIONAL, et al.,

        Defendant(s).
_____/

No. C 09-5562 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion for judgment on the pleadings, which was previously set for January 27, 2010, at 9:00 a.m., and the hearing on plaintiff's motion to remand the complaint, which was previously set for February 3, 2010, at 9:00 a.m., have both been CONTINUED to February 24, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612. Both motions will be heard in conjunction with defendant's pending motion to dismiss, already scheduled for hearing on February 24 at 9:00 a.m.

Please note, however, that the original briefing schedule shall remain in effect with respect to all foregoing motions.

**IT IS SO ORDERED**.

Dated: January 19, 2010

                                                    _____
                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge